## DANIELS *v.* BARNARD, RECEIVER.

[No. 14,029.   Filed December 9, 1930.]

*J. W. Haley,* for appellant.
*U. S. Lesh, R. L. Lowther* and *A. E. Schmollinger,* for appellee.

PER CURIAM.—Affirmed.

## MARLAND REFINING COMPANY *v.* BALLARD.

[No. 14,056.   Filed December 9, 1930.]

*David M. Dillon,* for appellant.
*Floyd Hoover,* for appellee.

PER CURIAM.—Affirmed.